JS-6

| | |
|---|---|
| 1 | Michael K. Friedland (SBN 157,217) |
| | michael.friedland@knobbe.com |
| 2 | Lauren K. Katzenellenbogen (SBN 223,370) |
| | lauren.katzenellenbogen@knobbe.com |
| 3 | Ali S. Razai (SBN 246,922) |
| | ali.razai@knobbe.com |
| 4 | Samantha Y. Hsu (SBN 285,853) |
| | samantha.hsu@knobbe.com |
| 5 | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| | 2040 Main Street, Fourteenth Floor |
| 6 | Irvine, CA  92614 |
| | Telephone: (949) 760-0404 |
| 7 | Facsimile: (949) 760-9502 |

Attorneys for Plaintiff
OAKLEY, INC.

James M. Baratta (SBN 054,890)
Jason S. Roberts (SBN 221,978)
jsr@ggb-law.com
GRANT, GENOVESE & BARATTA, LLP
2030 Main Street, Suite 1600
Irvine, CA 92614
Telephone:  (949)660-1600
Facsimile:  (949) 660-6060

Attorneys for Defendant
SOCIETY43, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| OAKLEY, INC., a Washington corporation, | Civil Action No. 8:13-cv-01785 AG (JPRx) |
| Plaintiff, | **ORDER GRANTING STIPULATION OF DISMISSAL** |
| v. | |
| SOCIETY43, LLC, an Oregon corporation, | |
| Defendant. | Hon. Judge Andrew J. Guilford |

1 | Pursuant to stipulation of the parties through their counsel of record, and
2 | for good cause, IT IS HEREBY ORDERED THAT:
3 |     1.    This Action, including all claims and defenses, is hereby dismissed
4 | with prejudice;
5 |     2.    Each party is to bear its own costs and attorneys' fees; and
6 |     3.    The Court shall retain jurisdiction over this matter to enforce
7 | compliance with the Settlement Agreement.

**IT IS SO ORDERED.**

Dated: June 06, 2014

                                      Hon. Andrew J. Guilford
                                      United States District Court Judge

18124214